UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 11-139 (PAM/SER) |
| Plaintiff, | |
| v. | **ORDER** |
| Kim Rolene Hutterer, | |
| Defendant. | |

___

This matter is before the Court on Defendant Kim Rolene Hutterer's pro se letter to the Court requesting various relief. (Docket No. 197.) Defendant is represented by counsel for her pending matters before the Court, and "[a] district court has no obligation to entertain pro se motions filed by a represented party." <u>Abdullah v. United States</u>, 240 F.3d 683, 686 (8th Cir. 2001).

Accordingly, **IT IS HEREBY ORDERED that** Defendant's letter request (Docket No. 197) is **DENIED**.

Dated: <u>October 8, 2025</u>

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge