UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,　　　　　　　　　　　　　　　　Crim. No. 11-139 (PAM/SER)

　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**ORDER**

Kim Rolene Hutterer,

　　　　　　　　Defendant.
_____

　　　　This matter is before the Court on Defendant Kim Rolene Hutterer's pro se request to subpoena witnesses at her upcoming hearing. (Docket No. 202.) Defendant is represented by counsel for her pending matters before the Court. As the Court has previously instructed Defendant, "[a] district court has no obligation to entertain pro se motions filed by a represented party." Abdullah v. United States, 240 F.3d 683, 686 (8th Cir. 2001). Thus, the Court will not consider her instant request.

　　　　Defendant may not file documents on her own behalf while she is represented by an attorney. In the future, any pro se submissions by Defendant while she is represented by counsel will be returned to her without having been considered.

2

Accordingly, **IT IS HEREBY ORDERED that:**

1. Defendant's letter request (Docket No. 202) is **DENIED**; and

2. The Clerk's Office shall not file any pro se submission by Defendant while she has the assistance of counsel.

Dated: <u>December 11, 2025</u>　　　　　　　　　　　　*s/ Paul A. Magnuson*
　　　　　　　　　　　　　　　　　　　　　　　　　　Paul A. Magnuson
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge